```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION
```

**GERALD JAMES HOLLAND**                                                   **PETITIONER**

**VS.**                                                    **CIVIL ACTION NO. 1:98CV562B**

**JAMES ANDERSON, COMMISSIONER, AND**
**WALTER BOOKER, SUPERINTENDENT**                                         **RESPONDENTS**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which denied Holland's Amended Petition for Writ of Habeas Corpus, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 29th day of June, 2006.

s/ William H. Brabour, Jr.
UNITED STATES DISTRICT JUDGE

tct